# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ELIE KANDA MUKALA | § § § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0207-S-BH |
| GARLAND P.D., et al. | § § § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, and DECREED that:

1. The plaintiff's claims are **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow court orders.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED.**

SIGNED April 3, 2023.

_____
**UNITED STATES DISTRICT JUDGE**